# United States District Court
## Western District of North Carolina
## Statesville Division

| | | |
|---|---|---|
| ARTHUR EUGENE HARRIS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff | ) | 5:19-cv-00096-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2020 Memorandum of Decision and Order.

September 9, 2020

*Frank G. John*

Frank G. Johns, Clerk
United States District Court